806

Prince *v.* Adams, Appellant.

Argued March 24, 1972.
*Thomas A. Walrath,* for appellant; *Harold B. Fink, Jr.,* submitted a brief for appellees.
Decree affirmed.

Sweitzer, Appellant, *v.* Crawford.

Argued March 23, 1972. *John Arnold Crisman,* for appellant; *E. Eugene Eves,* with him *Smith, Eves and Keller,* for appellee.
Order affirmed.

Tisdale et al., Appellants, *v.* Hart.

Argued March 22, 1972. *William A. Goichman,* for appellants; *Joseph B. Erwin,* with him *Schnader, Harrison, Segal & Lewis,* for appellee.
Judgment affirmed.